# United States District Court
# For The Western District of North Carolina
# Asheville Division

Jeffery Thompson ,

    Plaintiff(s),                       JUDGMENT IN A CIVIL CASE

vs.                                             :10-cv-00135

Red Bull Racing, Inc,

    Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 6/22/2011 Order.

Signed: June 22, 2011

Frank G. Johns, Clerk
United States District Court